AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Eric Christie<br><br>*Defendant* | ) Case: 1:22-mj-00274<br>) Assigned to: Judge Meriweather, Robin M.<br>) Assign Date: 12/13/2022<br>) Description: COMPLAINT W/ ARREST WARRANT<br>) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Eric Christie ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (b)(1)(A) - Entering and Remaining in a Restricted Building or Grounds with a Deadly Weapon);
18 U.S.C. § 1752(a)(2) and (b)(1)(A)- Disorderly or Disruptive Conduct in Restricted Building or Grounds with a Deadly Weapon;

Date:  12/15/2022

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2022.12.15 18:22:13 -05'00'
*Issuing officer's signature*

City and state:  Washington, D.C.    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 15 Dec 22, and the person was arrested on *(date)* 22 Dec 22
at *(city and state)* Los Angeles, CA .

Date: 23 Dec 22

*Arresting officer's signature*

Eric Turner, Special Agent
*Printed name and title*