AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
Eric Christie

*Defendant*

) Case: 1:22-mj-00274
) Assigned to: Judge Meriweather, Robin M.
) Assign Date: 12/13/2022
) Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Eric Christie ,

who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment ❐ Superseding Indictment ❐ Information ❐ Superseding Information ☒ Complaint
❐ Probation Violation Petition ❐ Supervised Release Violation Petition ❐ Violation Notice ❐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (b)(1)(A) - Entering and Remaining in a Restricted Building or Grounds with a Deadly Weapon);
18 U.S.C. § 1752(a)(2) and (b)(1)(A)- Disorderly or Disruptive Conduct in Restricted Building or Grounds with a Deadly Weapon;

Date: 12/15/2022

Robin M. Meriweather Digitally signed by Robin M. Meriweather Date: 2022.12.15 18:22:13 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge

*Printed name and title*

**Return**

This warrant was received on *(date)* 15 Dec 22, and the person was arrested on *(date)* 22 Dec 22 at *(city and state)* Los Angeles, CA .

Date: 23 Dec 22

*Arresting officer's signature*

Eric Turner, Special Agent

*Printed name and title*

FILED

Reset Form

2022 DEC 23 AM 9:55

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: CD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

PLAINTIFF(S)

v.

Eric Christie

DEFENDANT(S).

CASE NUMBER MJ 22-05016

**DECLARATION RE OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: Complaint
in the ______ District of Columbia on 12/15/2022
at 6 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about 01/06/2021
in violation of Title 18 U.S.C., Section(s) 1752 (a)(1) and (b)(1)(A), (a)(2) and (b)(1)(A)
to wit: ______

A warrant for defendant's arrest was issued by: Robin M. Meriweather, U.S. Magistrate Judge

Bond of $ ______ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Criminal Complaint, Arrest Warrant

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/23/2022
Date

[signature]
Signature of Agent

Kyle Hicks
Print Name of Agent

FBI
Agency

Special Agent
Title

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

FILED

2022 DEC 23 AM 9:55

CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

BY: ______

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA v. — PLAINTIFF

Eric CHRISTIE — DEFENDANT

USMS# ______

CASE NUMBER: MJ 22-05016

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 12/22/2022 at 12:20 ☐ AM ☒ PM
   or
   The defendant was arrested in the ______ District of ______ on ______ at ______ ☐ AM ☐ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No
4. Charges under which defendant has been booked:
   18 U.S.C. § 1752(a)(1) and (b)(1)(A), 18 U.S.C. § 1752(a)(2) and (b)(1)(A)
5. Offense charged is a: ☐ Felony ☐ Minor Offense ☐ Petty Offense ☒ Other Misdemeanor
6. Interpreter Required: ☒ No ☐ Yes Language: ______
7. Year of Birth: 1966
8. Defendant has retained counsel: ☐ No
   ☐ Yes Name: ______ Phone Number: ______
9. Name of Pretrial Services Officer notified: ______
10. Remarks (if any): ______
11. Name: Kyle Hicks (please print)
12. Office Phone Number: 424-280-0992
13. Agency: FBI
14. Signature: [signature]
15. Date: 12/23/2022

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
Eric Christie
DOB: [redacted]

*Defendant(s)*

Case: 1:22-mj-00274
Assigned to: Judge Meriweather, Robin M.
Assign Date: 12/13/2022
Description: COMPLAINT W/ ARREST WARRANT

MJ 22-05016

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 6, 2021 in the county of ______ in the ______ in the District of Columbia, the defendant(s) violated:

*Code Section* — *Offense Description*

18 U.S.C. § 1752(a)(1) and (b)(1)(A) - Entering and Remaining in a Restricted Building or Grounds with a Deadly Weapon);
18 U.S.C. § 1752(a)(2) and (b)(1)(A)- Disorderly or Disruptive Conduct in Restricted Building or Grounds with a Deadly Weapon;

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Kyle Hicks, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 12/15/2022

Robin M. Meriweather — Digitally signed by Robin M. Meriweather Date: 2022.12.15 18:23:06 -05'00'

*Judge's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

# STATEMENT OF FACTS

I, the affiant, Kyle Hicks, am a Special Agent of the Federal Bureau of Investigation and have been so employed since October of 2019. I am presently assigned to the FBI's Los Angeles Division. In my duties as a Special Agent, I investigate Domestic Terrorism matters. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway, and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

News media coverage of the aforementioned events, and video footage that appeared to be captured on mobile devices of persons present on the scene, depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there. This allowed investigators to collect publicly available photo and video media depicting many individuals accessing restricted areas of the U.S. Capitol.

**Investigative Leads Regarding CHRISTIE's Involvement in Events of January 6, 2021**

On January 12, 2021, FBI Special Agents interviewed a participant in the riot at the U.S. Capitol, Individual 1. Individual 1 stated that on the morning of January 6, 2021, she was standing in the crowd by the Washington Monument and ran into her friend, ERIC, from Los Angeles. Individual 1 and ERIC went back to ERIC's hotel, The George, and watched President Trump's speech on ERIC's cell phone. Individual 1 then returned to the street and followed the crowd to the Capitol building. On the night of January 6th, Individual 1 again met up with ERIC in his hotel room. Individual 1 was scared because she had stolen a baseball from the office of Nancy Pelosi, the Speaker of the House of Representatives. Individual 1 gave ERIC the baseball and asked him to hold onto it for her, with the idea that he could give it back to her later. The following day, after speaking with her attorney, Individual 1 and her attorney contacted ERIC and asked him to turn the baseball over to the attorney, which, according to Individual 1, he did. Individual 1 told agents that ERIC's contact information was stored in her phone under "Eric Patriot." A review of Individual 1's cellular telephone revealed an "Eric Patriot" with telephone number (949) 903-XXXX. According to T-Mobile records, telephone number (949) 903-XXXX is currently subscribed to Eric Christie (CHRISTIE) and has been since June 2005.

The below image was sent to Individual 1 from telephone number (949) 903-XXXX, the number which, as described, was labeled in Individual 1's contacts as "Eric Patriot." The image was sent by CHRISTIE to Individual 1 on November 14, 2020, which was the date of the "Million MAGA March" gathering in Washington, D.C. in support of then President Trump. Based on your affiant's familiarity with Washington, D.C., I believe the photo below was taken outside the United States Supreme Court in Washington D.C., which is located just across from the U.S. Capitol Building. Based on your affiant's personal interactions with and observations of CHRISTIE, as described further below, I believe the image is a picture of CHRISTIE.

Due to the nature of the events at the U.S. Capitol on January 6, 2021, and the intense news media and online amateur journalist coverage, many private individuals were able to review large amounts of photos and videos produced that day. The FBI became aware of several social media posts regarding CHRISTIE.

On February 23, 2021, Twitter user @chadloder posted the following photographs of an individual he identifies as CHRISTIE standing on what appears to be the East side of the United States Capitol building. The individual depicted in the photograph is wearing a black shirt with white lettering that states, "Fags for Trump," which appears to be the same t-shirt worn by CHRISTIE in the photo CHRISTIE sent to Individual 1 on November 14, 2020. The individual depicted in the photograph also has what appears to be a hammer attached to his belt.

On April 30, 2021, FBI Special Agents interviewed another participant in the riot at the U.S. Capitol, Individual 2, regarding her activity and observations in Washington D.C. on January 6th. Individual 2 stated that she was present in Washington D.C. for the events of January 6, 2021. On the morning of January 6th, Individual 2 saw CHRISTIE, who she knew from Beverly Hills rallies in support of President Donald Trump. Individual 2 stated CHRISTIE often wears a T-shirt printed with the words, "Fags for Trump." Individual 2 met with CHRISTIE and Individual 1 in a hotel room in Washington D.C. immediately after the events of January 6. Individual 2 observed CHRISTIE receive a baseball from Individual 1 that Individual 1 had taken from an office inside the U.S. Capitol. Based on the information provided by Individual 2, as well as other information described herein, it further appears that the "ERIC" described by Individual 1 is Eric CHRISTIE.

**Records Related to CHRISTIE's Travel to Washington D.C.**

Air travel records obtained by the FBI indicate that on January 5, 2021, CHRISTIE traveled from Los Angeles International Airport (LAX) to San Francisco International Airport (SFO) on United flight 1666 and onwards from SFO to Dulles International Airport (IAD) on United flight 2247. The ticket was purchased on December 31, 2020. On January 9, 2021, CHRISTIE returned from Ronald Regan National Airport (DCA) to LAX on Alaska Airlines flight 0005.

**Review of Public Information Related to CHRISTIE's Actions on January 6, 2021**

Based on a review of tips received by the FBI, publicly available images, videos, news articles, and other online resources, CHRISTIE's conduct on January 6, 2021, at the U.S. Capitol included the following:

At approximately 1:55 p.m. on January 6, 2021, a video depicts CHRISTIE emerging from a group of people and running towards the front of the crowd as they push through a police line and barriers erected on the East side of the Capitol building. CHRISTIE is seen at the 2 minute, 34 second mark wearing sunglasses, a backwards red baseball hat with a rainbow flag tucked underneath, and a black t-shirt with white lettering that says, "Fags For Trump."

Source: https://www.youtube.com/watch?v=185f3LPxUYU
"Battle of the Barriers and the Rush towards the Capital Steps"

As the crowd pushes their way through the barriers and law enforcement officers, CHRISTIE can be seen running past people in an effort to make his way to the front of the crowd that is moving towards the East side of the Capitol.



After pushing through the metal barriers, the crowd rushes forward, causing the Capitol Police officers to retreat up the steps on the East side of the building. In a publicly available video on YouTube, CHRISTIE can be seen running up the East side steps of the building as police officers are retreating up the steps and attempting to hold a line. CHRISTIE emerges at the 2 minute and 18 second mark of the video holding a bullhorn in his hands. Several seconds go by as the video pans back to large crowd making their way toward the steps of the Capitol. CHRISTIE reemerges on video at the 2 minute, 37 second mark facing the crowd with his back to the officers attempting to hold their ground. CHRISTIE can be heard repeating "this is our Capitol" into the bullhorn.

Source: https://www.youtube.com/watch?v=uabDfDXY3yY
"Patriots Storm U.S. Capitol in Washington, D.C."



In another publicly available video posted to YouTube, CHRISTIE can be seen at the base of the stairs on the East side of the Capitol standing on what appears to be a government vehicle. CHRISTIE is perched above the large crowd that has gathered and is addressing the crowd through his bullhorn. CHRISTIE can be heard saying "it's a MAGA party, it's a MAGA party," "welcome to MAGA country, District of Columbia," "come on, you can come up… It's your house," "You're invited, it's your house," and "Beverly Hills in the house."

Source: https://www.youtube.com/watch?v=jBRJmnvFfo8&start=3821
"REEL: The Capitol Siege – January 6th – RAW FOOTAGE"



The row of vehicles parked at the base of the steps on the East side of the Capitol can be seen at the 2 minute, 10 second mark of the YouTube video "Patriots Storm U.S. Capitol in Washington, D.C." CHRISTIE is standing on one of these vehicles and addressing the crowd through his bullhorn in the referenced YouTube video "A Very Exciting Hour." Due to the location of these vehicles within the security perimeter of the restricted area on January 6, 2021, and the license plates visible in the referenced video, your affiant believes these to be government vehicles.

Source: https://www.youtube.com/watch?v=uabDfDXY3yY
"Patriots Storm U.S. Capitol in Washington, D.C."

Patriots Storm U.S. Capitol in Washington, D.C.

Source: https:// www.youtube.com/watch?v=tnLLmjdAcUlt
"A Very Exciting Hour"



A Very Exciting Hour

A review of the "REEL: The Capitol Siege – January 6th – RAW FOOTAGE" YouTube video reveals CHRISTIE in possession of a claw hammer tucked into the belt loop of his pants. In the following two photos, the handle and claw of the hammer are visible as CHRISTIE extends his arms and torso upward.

On February 21, 2022, your affiant approached CHRISTIE in person and attempted to communicate with him. Based on this interaction, as well as the other facts contained within this affidavit, your affiant reasonably believes that the person shown within the restricted area of the U.S. Capitol on January 6, 2021, is, in fact, Eric CHRISTIE.

Based on the foregoing, I submit that there is probable cause to believe that CHRISTIE violated 18 U.S.C. §§ 1752(a)(1) and (b)(1)(A), which makes it a crime to knowingly enter or remain in any restricted building or grounds without lawful authority to do so, and to use or carry a deadly or dangerous weapon or firearm in relation to that offense. I also submit that there is probable cause to believe that CHRISTIE violated 18 U.S.C. §§ 1752(a)(2) and (b)(1)(A), which makes it a crime to knowingly impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions, and to use or carry a deadly or dangerous weapon or firearm in relation to that offense.

For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Special Agent Kyle Hicks
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 15th day of December, 2022..

Robin M. Meriweather — Digitally signed by Robin M. Meriweather Date: 2022.12.15 18:25:22 -05'00'

THE HONORABLE ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff,

vs.

Eric Christie

Defendant.

Western Division

Case Number: 2:22-MJ-05016
Initial App. Date: 12/23/2022
Initial App. Time: 2:00 PM

Out of District Affidavit
Custody

Date Filed: 12/23/2022
Violation: 18:1752

CourtSmart/ Reporter: CS 12/23/22

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Alka Sagar**

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:** Felix, Alma — *Deputy Clerk*; Hava Mirell — *Assistant U.S. Attorney*; None — *Interpreter/Language*

- ☐ INITIAL APPEARANCE NOT HELD - CONTINUED
- ☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
- ☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☑ removal hearing / Rule 20.
- ☑ Defendant states true name ☑ is as charged ☐ is ______
- ☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
- ☐ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
- ☑ Attorney: George Newhouse, Retained ☐ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
  - ☐ Special appearance by: ______.
- ☑ Government's request for detention is: ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
- ☑ Contested detention hearing is held. ☑ Defendant is ordered: ☑ Permanently Detained ☐ Temporarily Detained (see separate order).
- ☐ BAIL FIXED AT $______ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**
- ☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
- ☐ Preliminary Hearing waived. ☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
- ☐ This case is assigned to Magistrate Judge ______. Counsel are directed to contact the clerk for the setting of all further proceedings.
- ☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for District Judge ______ for the setting of further proceedings.
- ☐ Preliminary Hearing set for ______ at 4:30 PM ______
- ☐ PIA set for: ______ at 11:00 AM in LA; at 10:00 AM in Riverside; at 10:00 AM in Santa Ana
- ☐ Government's motion to dismiss case/defendant ______ only: ☐ GRANTED ☐ DENIED
- ☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
- ☑ Defendant executed Waiver of Rights. ☐ Process received.
- ☑ Court ORDERS defendant Held to Answer to ______ District of Columbia
  - ☐ Bond to transfer, if bail is posted. Defendant to report on or before ______
  - AF/ ☑ Warrant of removal and final commitment to issue. Date issued: 12/23/22 By CRD: AFelix
  - ☐ Warrant of removal and final commitment are ordered stayed until ______
- ☑ Case continued to (Date) 01/10/23 (Time) 10:00 AM/PM (AM circled)
  Type of Hearing: Prelim Hearing Before Judge Sagar /Duty Magistrate Judge.
  Proceedings will be held in the ☐ Duty Courtroom ______ ☑ Judge's Courtroom 540/Roybal
- ☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
- ☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- ☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- ☐ RELEASE ORDER NO: ______
- ☐ Other: ______

☑ **PSA** ☐ **USPO** ~~☐ FINANCIAL~~ ☑ **CR-10** ~~☐ CR-29~~ ☑ **READY**

Deputy Clerk Initials AF

2 : 15

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, PLAINTIFF v. Eric Christie DEFENDANT. | CASE NUMBER: No. 2:22-MJ-05016 |
|---|---|
| | **WAIVER OF RIGHTS (OUT OF DISTRICT CASES)** |

I understand that charges are pending in the District of Columbia alleging violation of 18 USC 1752(a)(1) *(Title and Section / Probation / Supervised Release)* and that I have been arrested in this district and taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

(1) have an identity hearing to determine whether I am the person named in the charges;
(2) arrival of process;

FILED CLERK, U.S. DISTRICT COURT DEC 23 2022 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

***-Check one only-***

☐ **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

(3) have a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐ **PROBATION OR SUPERVISED RELEASE CASES:**

(3) have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☑ have an identity hearing
☑ arrival of process
☑ ~~have a preliminary hearing~~
☐ have an identity hearing, and I have been informed that I have no right to a preliminary hearing
☐ have an identity hearing, but I request that a preliminary hearing be held in the prosecuting district.

Defendant

Defense Counsel

Date: Dec. 23, 2022

United States Magistrate Judge

I have translated this Waiver to the defendant in the ______________ language.

Date: ______________

Interpreter(if required)



FILED
CLERK, U.S. DISTRICT COURT
DEC 23 2022
CENTRAL DISTRICT OF CALIFORNIA
BY AF DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, Plaintiff, v. Eric Christie Defendant. | CASE NUMBER: No. 2:22-MJ-0506 |
| | **ADVISEMENT OF DEFENDANT'S STATUTORY & CONSTITUTIONAL RIGHTS** |

You are in the United States District Court for the Central District of California because you have been charged with a crime against the United States or a violation of probation, supervised release, or pretrial release. The Court informs you that you have the following constitutional and statutory rights in connection with these proceedings:

You have the right to remain silent. Anything you say, sign, or write can be used against you in this or in any other case.

If you have not already received a copy of the charges, you will receive a copy today.

You have the right to hire and be represented by a lawyer of your choosing at each and every stage of these proceedings. If you cannot afford to hire a lawyer, you can apply to the Court to have a lawyer appointed to represent you for free from the office of the Federal Public Defender or the Indigent Defense Panel. The application for free counsel includes a financial affidavit, which you must sign under penalty of perjury. If you say something on the form that is not true or leave out material information, you could be charged with another crime, such as perjury or making a false statement.

If you are not a United States citizen, you may request that the prosecution notify your consular office that you have been arrested. Even without such a request, the law may require the prosecution to do so.

## IF YOU ARE MAKING YOUR INITIAL APPEARANCE BEFORE THE COURT

You have a right to a bail hearing in which the Magistrate Judge will determine whether you will be released from custody before trial. If you disagree with the Magistrate Judge's decision, you can appeal that decision to another Judge of this Court. You or the prosecutor can request that the bail hearing be continued to another day.

If you have been charged by complaint, you are entitled to a preliminary hearing within 14 days if the Magistrate Judge orders that you be detained pending trial, or 21 days if the Magistrate Judge orders that you be released pending trial. In a preliminary hearing, the prosecution will attempt to show that there is probable cause to believe that you committed the crime charged in the complaint. You will not be entitled to a preliminary hearing, however, if the prosecution obtains an indictment in your case before the time set for the preliminary hearing. (Most often, the prosecutors in the Central District of California present their cases to the grand jury before the time set for the preliminary hearing and, therefore, no preliminary hearing is held.)

## IF YOU ARE CHARGED WITH A VIOLATION OF YOUR CONDITIONS OF SUPERVISED RELEASE OR PROBATION

If you are charged with a violation of the terms and conditions of your supervised release or probation and the Magistrate Judge detains you, you have the right to a preliminary hearing before a Magistrate Judge.

*continued on Page 2*

## IF YOU ARE CHARGED IN ANOTHER DISTRICT

If you have been arrested on a charge from another district, you are entitled to wait until the prosecution produces a copy of the warrant authorizing your arrest. You are also entitled to an identity hearing in which the prosecution would have the burden of proving there is probable cause to believe that you are the person named in the charges. If you are charged in a complaint from another district, you may request to have a preliminary hearing held in the charging district. If you are charged with a violation of a term of supervised release or probation imposed in another district, you have a right to a preliminary hearing, which may, depending on where the alleged violation occurred, be held either here or in the charging district.

If you want to plead guilty in the Central District of California, you may request to have your case transferred to this district. To proceed in this district, the United States Attorneys for this district and the charging district must agree to the transfer.

## IF YOU ARE APPEARING FOR ARRAIGNMENT

If you have been charged by indictment or information, you will be arraigned and may be asked to enter a not guilty plea today. After your arraignment, your case will be assigned to a District Judge of this Court for all further proceedings, unless a Judge has already been assigned.

You are entitled to a speedy and public trial by jury. The right to a jury trial can be waived.

You are entitled to see and hear the evidence and cross-examine the witnesses against you. You are entitled to the processes of the Court to subpoena witnesses on your behalf without cost to you if you are indigent. You do not have to prove your innocence. The prosecution has the burden to prove your guilt beyond a reasonable doubt.

---

**ACKNOWLEDGMENT OF DEFENDANT:**

I have read the above Advisement of Rights and understand it. I do not require a translation of this statement nor do I require an interpreter for court proceedings.

Dated: Dec. 23, 2022 ______________________ [signature] ✓
*Signature of Defendant*

*[or]*

I have personally heard a translation in the ______ N/A ______ language read to me and understand the above Advisement of Rights.

Dated: ______________________ ______________________
*Signature of Defendant*

---

**STATEMENT OF THE INTERPRETER:**

I have translated this Advisement of Rights to the Defendant in the ______________________ language.

Dated: ______________________ ______________________
*Signature of Interpreter*

______________________
*Print Name of Interpreter*

---

**STATEMENT OF COUNSEL:**

I am satisfied that the defendant has read this Advisement of Rights or has heard the interpretation thereof and that he/she understands it.

Dated: Dec. 23, 2022 ______________________ [signature]
*Signature of Attorney*

Query Reports Utilities Help What's New Log Out

CLOSED

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)**
**CRIMINAL DOCKET FOR CASE #: 2:22-mj-05016-DUTY-1**

Case title: USA v. Christie | Date Filed: 12/23/2022

Other court case number: 1:22-mj-00274 District of Columbia | Date Terminated: 12/23/2022

---

Assigned to: Duty Magistrate Judge

**Defendant (1)**

**Eric Christie**
*TERMINATED: 12/23/2022*

represented by **George B. Newhouse , Jr.**
Richards Carrington LLC
545 South Figueroa Street, 7th Floor
Los Angeles, CA 90071
213-348-9016
Email: george@richardscarrington.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts** | **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts** | **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints** | **Disposition**

None

---

**Plaintiff**

**USA**

represented by **US Attorney's Office**
AUSA - Office of US Attorney
Criminal Division - US Courthouse

312 North Spring Street 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/23/2022 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Eric Christie, originating in the District of Columbia. Defendant charged in violation of: 18:1752(a)(1) and (b)(1)(A). Signed by agent Kyle Hicks, FBI, Special Agent. filed by Plaintiff USA. (cio) (Entered: 12/27/2022) |
| 12/23/2022 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Eric Christie; defendants Year of Birth: 1966; date of arrest: 12/22/2022 (cio) (Entered: 12/27/2022) |
| 12/23/2022 | 3 | Defendant Eric Christie arrested on warrant issued by the USDC District of Columbia at Washington, D.C.. (Attachments: # 1 Out-of-District Complaint)(cio) (Entered: 12/27/2022) |
| 12/23/2022 | 4 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Eric Christie (cio) (Entered: 12/27/2022) |
| 12/23/2022 | 5 | MINUTES OF granting 4 REQUEST for Detention as to Eric Christie (1); ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Alka Sagar as to Defendant Eric Christie. Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations;see General Order 21-02 (written order).Contested detention hearing held. Defendant arraigned and states true name is as charged. Attorney: George B. Newhouse, Jr for Eric Christie, Retained, present. Court orders defendant Permanently detained. Defendant remanded to the custody or currently in the custody of the US Marshal. Court ORDERS defendant Held to Answer to District of Columbia. Case continued to 01/10/2023 at 10:00am for a Prelim. Hearing before Judge Sagar in CR 540. Court Smart: CS 12/23/2022. (cio) (Entered: 12/27/2022) |
| 12/23/2022 | 6 | ORDER OF DETENTION by Magistrate Judge Alka Sagar as to Defendant Eric Christie, (cio) (Entered: 12/27/2022) |
| 12/23/2022 | 7 | WAIVER OF RIGHTS approved by Magistrate Judge Alka Sagar as to Defendant Eric Christie. (cio) (Entered: 12/27/2022) |
| 12/23/2022 | 8 | Government's Exhibit List filed by Plaintiff USA as to Defendant Eric Christie (cio) (Entered: 12/27/2022) |
| 12/23/2022 | 9 | GOVERNMENT'S WITNESS LIST filed by Plaintiff USA as to Defendant Eric Christie (cio) (Entered: 12/27/2022) |
| 12/23/2022 | 10 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Eric Christie. (cio) (Entered: 12/27/2022) |
| 12/23/2022 | 11 | DESIGNATION AND APPEARANCE OF COUNSEL; filed by George B. Newhouse, Jr appearing for Eric Christie (cio) (Entered: 12/27/2022) |
| 12/27/2022 | | Notice to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Defendant Eric Christie. Your case number is: 1:22-mj-00274. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 5 Order on Request for Detention,,,, Initial Appearance |

|  |  | - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40),,,. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (cio) (Entered: 12/27/2022) |
|---|---|---|